**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION**

**CHARLIE GLASPER**                                                                                          **PLAINTIFF**

v.                                              **Case No. 2:15-cv-00186-KGB**

**CITY OF HUGHES, ARKANSAS,** *et al.*,                                                        **DEFENDANTS**

**DEFAULT JUDGMENT**

For the reasons set forth in this Court's prior Orders (Dkt. Nos 48, 62), the Court enters judgment as follows:

(1)    Consistent with this Court's prior Order (Dkt. No. 48), the Court enters judgment in favor of separate defendants the City of Hughes, Arkansas; Lawrence Owens, individually and in his official capacity as the Mayor of the City of Hughes; Dustin McCluskey, individually and in his official capacity as former Chief of Police for the City of Hughes; James Wright, Jr., in his official capacity only as a police officer for the City of Hughes; and James Wright, Sr., individually and in his official capacity as a police officer for the City of Hughes, and denies plaintiff Charlie Glasper's requests for relief against these separate defendants.

(2)    Consistent with this Court's prior Order (Dkt. No. 62), the Court enters default judgment against separate defendant James Wright, Jr., in his individual capacity. On claims against James Wright, Jr., in his individual capacity, the Court awards judgment in favor of Mr. Glasper as follows:

        (a)    $121,177.30 in medical expenses;

        (b)    $37,377.00 in lost wages for the years 2015, 2016, 2017, and 2018;

        (c)    $250,000.00 for pain, suffering, and mental anguish; and

        (d)    Pursuant to 28 U.S.C. § 1961, the Court awards post-judgment interest at a

rate of .16% per year until judgment is paid in full.

So ordered this 31st day of May, 2020.

_____
Kristine G. Baker
United States District Judge